**ENTER JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GREEN, | ) | Case No. CV-14-2379-R |
| Plaintiffs, | ) | **ORDER OF DISMISSAL** |
| v. | ) | |
| LOS ANGELES COUNTY, et al., | ) | |
| Defendants. | ) | |

THE COURT having been requested by counsel for plaintiff in Plaintiff's Response to OSC RE: Dismissal For Lack of Prosecution (docket number 7) filed August 28, 2014, that this case be dismissed;

IT IS THEREFORE ORDERED that Plaintiff's request is granted.

IT IS FURTHER ORDERED that this action is hereby dismissed without prejudice.

Dated  AUGUST 29, 2014

_____
MANUEL L. REAL
United States District Judge